# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. HORSTMAN,    Plaintiff,vs.CLAUD WILLIS, *et al.*,    Defendant. | 3:12-cv-00022-ECR-VPC**ORDER** |

Michael T. Horstman, a prisoner at the Ely State Prison, submitted a *pro se* Civil Rights Complaint (received January 13, 2012) (ECF No. 1-1). Plaintiff submitted an application to proceed in *forma pauperis* and a financial certificate, but did not use the required form or provide any of the supporting documents that are required in order to proceed in *forma pauperis*. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff's application will be denied, but he will be given thirty (30) days in which to either submit a complete in forma pauperis application, including all of the required financial documents, or pay the full $350.00 filing fee. Plaintiff's failure to do either of these things may result in the dismissal of his lawsuit without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed In Forma

Pauperis (ECF No. 1) is **DENIED**.  Plaintiff shall have thirty (30) days in which to either submit a complete in *forma pauperis* application, or pay the full $350.00 filing fee.  If plaintiff does neither of these things, this action may be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** plaintiff the approved form for an Application to Proceed In *Forma Pauperis* by a prisoner filing a § 1983 civil rights lawsuit.

Dated this 19th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2