**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL T. HORSTMAN,<br><br>    Plaintiff<br><br>v.<br><br>CLAUD WILLIS, et al.,<br><br>    Defendants | Case No.: 3:12-cv-00022-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 41 |

To the extent Plaintiff has filed a motion requesting the status of his case (ECF No. 41), his motion is **GRANTED**. The Clerk shall send Plaintiff a copy of ECF Nos. 36, 38 and 39.

**IT IS SO ORDERED**.

Dated: July 1, 2025

_____
Craig S. Denney
United States Magistrate Judge